**DISMISS and Opinion Filed August 8, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00447-CV

**AUTOPEDIA INC., Appellant**
**V.**
**TWONYA MADLOCK, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-11969**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

This appeal was filed by Homayoon Samii, appellant's registered agent and owner. Because the Texas Supreme Court has stated that only a licensed attorney may represent a corporation in court, and nothing before us reflected Mr. Samii is a licensed attorney, we notified appellant by letter that the appeal was subject to dismissal unless it retained counsel within thirty days. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). More than thirty days have passed, and appellant has not complied. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c); *Earth Energy Util. Corp. v.*

*Environmentally Engineered Equip., Inc.*. 05-10-01610-CV, 2012 WL 4845658 (Tex. App.—Dallas Oct. 10, 2012, no pet.) (dismissing appeal for failure of appellant corporation to notify court it had retained counsel).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

230447F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AUTOPEDIA INC., Appellant

No. 05-23-00447-CV          V.

TWONYA MADLOCK, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-11969.
Opinion delivered by Justice Nowell,
Justices Goldstein and Breedlove
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Twonya Madlock recover her costs, if any, of this appeal from appellant Autopedia Inc.

Judgment entered August 8, 2023.